### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEONETTI'S FROZEN FOODS, INC.** | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 15-4169 |
| **CREW, INC.** | : |

### ORDER

**AND NOW**, this 30th day of September 2015, upon consideration of Defendant's Motion to Dismiss and or Transfer Venue (ECF Doc. No. 10), Plaintiff's Opposition (ECF Doc. No. 12), and for the reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to Transfer Venue is **GRANTED.**

The Clerk of this Court shall forthwith **TRANSFER** this matter to the Clerk of the United States District Court for the Western District of Arkansas for all further proceedings.

The Clerk of Court shall close this matter in this Court.

_____
KEARNEY, J.